# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 497 EAL 2015

           Respondent

  :   Petition for Allowance of Appeal from
the Order of the Superior Court

           v.

DARRELL REESE,

           Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.